People v Terborg (2022 NY Slip Op 01723)





People v Terborg


2022 NY Slip Op 01723


Decided on March 11, 2022


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on March 11, 2022

PRESENT: WHALEN, P.J., SMITH, LINDLEY, NEMOYER, AND CURRAN, JJ. (Filed Mar. 11, 2022.) 


MOTION NO. (221/18) KA 12-02145.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JEFFREY J. TERBORG, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.